UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

                                  Case No. 1:18-cv-1413

MICHIGAN STATE UNIVERSITY, et al.,                HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

This matter is before the Court on the parties' Joint Notice Regarding Facilitative Mediation (ECF No. 33). The parties request an extension, until May 31, 2019, to determine whether they can reach an agreement concerning whether to engage in facilitative mediation. The Court, having reviewed the parties' request, finds that an extension of time is warranted. Accordingly:

**IT IS HEREBY ORDERED** that the parties shall, <u>not later than May 31, 2019</u>, file a Joint Notice indicating that the parties:

1) have agreed this matter shall be submitted to facilitative mediation, including an estimated time for completion, and the answer deadline will remain extended pending the conclusion of mediation;

2) request more time to reach an agreement about facilitative mediation, including an estimated time for completion; or

3) have agreed this matter shall not be submitted to facilitative mediation at this time, in which case Defendants shall file their answers to the Complaint within 14 days of the filing of the Joint Notice.

Dated: May 20, 2019                                              /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                  United States District Judge