IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 1:18-cv-1413 |
| v. | : |
| | : Hon. Janet T. Neff |
| MICHIGAN STATE UNIVERSITY, | : |
| MICHIGAN STATE UNIVERSITY BOARD | : |
| OF TRUSTEES; JOHN ENGLER, individually and | : |
| as agent for Michigan State University, KROLL | : |
| ASSOCIATES, INC., as agent for Michigan State | : |
| University, MARK EHLERS, individually and as | : |
| agent for Michigan State University, KENDRA | : |
| WALDSMITH, individually and as agent for | : |
| Michigan State University, ANDE DUROJAIYE, | : |
| individually and as agent for Michigan State | : |
| University, RICK SHAFER, individually and as | : |
| agent for Michigan State University, and DENISE | : |
| MAYBANK, individually and as agent for | |
| Michigan State University, | |

Defendants.

**UNOPPOSED MOTION OF DEFENDANTS MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, JOHN ENGLER, ANDE DUROJAIYE, RICK SHAFER, AND DENISE MAYBANK FOR CONTINUANCE OF RULE 16 CONFERENCE**

On June 17, 2019, this Court scheduled a conference under Federal Rule of Civil Procedure 16 for July 22, 2019. Defendants Michigan State University, Michigan State University Board of Trustees, John Engler, Ande Durojaiye, Rick Shafer, and Denise Maybank ("MSU Defendants") respectfully request that the Court continue the Rule 16 scheduling conference. Lead Counsel for the MSU Defendants has a pre-paid family vacation scheduled for July 19th through July 22nd and is not available.

The MSU Defendants have conferred with counsel for Plaintiff and for Defendants Kroll Associates, Inc., Mark Ehlers, and Kendra Waldsmith, none of whom object to rescheduling the Rule 16 conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 18, 2019 | s/ Michael E. Baughman |
|  | _____ |
|  | Michael E. Baughman, Esq.<br>Christopher R. Healy<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799<br>(215) 981-4000<br>baughmam@pepperlaw.com<br>*Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, Ande Durojaiye, John Engler, Rick Shafer, and Denise Maybank* |

## **CERTIFICATE OF SERVICE**

        I certify that on June 18, 2019, pursuant to Local Rule 5.7, I filed the foregoing MSU Defendants' Unopposed Motion for Continuance of the Rule 16 Conference through the Court's Electronic Case Filing (ECF) system.

        s/ Michael E. Baughman
        _____
        Michael E. Baughman, Esq.