IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:18-cv-1413 |
| v. : | |
| : | Hon. Janet T. Neff |
| MICHIGAN STATE UNIVERSITY, : | |
| MICHIGAN STATE UNIVERSITY BOARD : | |
| OF TRUSTEES; JOHN ENGLER, individually and : | |
| as agent for Michigan State University, KROLL : | |
| ASSOCIATES, INC., as agent for Michigan State : | |
| University, MARK EHLERS, individually and as : | |
| agent for Michigan State University, KENDRA : | |
| WALDSMITH, individually and as agent for : | |
| Michigan State University, ANDE DUROJAIYE, : | |
| individually and as agent for Michigan State : | |
| University, RICK SHAFER, individually and as : | |
| agent for Michigan State University, and DENISE : | |
| MAYBANK, individually and as agent for | |
| Michigan State University, | |
| Defendants. | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Section IV(A)(1)(d) of the Court's Civil Practice Guidelines, Defendants jointly request an extension of time in which to respond to Plaintiff's Amended Complaint. As explained in their Pre-Motion Conference Requests, which were filed earlier today, Defendants intend to move to dismiss the Amended Complaint in its entirety. Because Defendants cannot file their motion to dismiss until the Court has held a pre-motion conference, *see* Civil Practice Guidelines § IV(A)(1)(a), Defendants request that the Court extend the deadline for filing their responsive pleading until whatever date the Court sets for the filing of Defendants' motions to dismiss. Counsel for Plaintiff consents to the requested extension.

                                                                      Respectfully submitted,

Dated:  July 19, 2019                                     s/ Michael E. Baughman
                                                                      _____
                                                                      Michael E. Baughman, Esq.
                                                                      Christopher R. Healy
                                                                      PEPPER HAMILTON LLP
                                                                      3000 Two Logan Square
                                                                      Eighteenth & Arch Streets
                                                                      Philadelphia, PA  19103-2799
                                                                      (215) 981-4000
                                                                      baughmam@pepperlaw.com
                                                                      *Attorneys for Defendants Michigan State University, Michigan State University Board of Trustees, John Engler, Ande Durojaiye, Rick Shafer, and Denise Maybank*


                                                                      /s/ Stephen V. D'Amore
                                                                      _____
                                                                      Stephen V. D'Amore
                                                                      Scott M. Ahmad
                                                                      Angela A. Smedley
                                                                      Reid F. Smith
                                                                      WINSTON & STRAWN LLP
                                                                      Attorneys for Defendants
                                                                      *Kroll Associates, Inc., Mark Ehlers, and Kendra Waldsmith*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2019, pursuant to Local Rule 5.7, I filed the foregoing Defendants' Joint Unopposed Motion for Extension of Time to File Responsive Pleading through the Court's Electronic Case Filing (ECF) system.

s/ Michael E. Baughman

Michael E. Baughman, Esq.