IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No. 1:18-cv-01413-JTN-ESC<br><br>Hon. Janet T. Neff |

**KROLL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Kroll Associates, Inc., Mark Ehlers, and Kendra Waldsmith (collectively, the "Kroll Defendants") respectfully request an extension of time in which to file a reply brief in support of their motion to dismiss the Amended Complaint. The Kroll Defendants served their motion to dismiss and memorandum of law in support on November 1, 2019. Pursuant to this Court's Order (PageID.523), the Kroll Defendants also served their concurrence with the MSU Defendants' motion and brief on November 1, 2019. Plaintiff served his opposition brief on December 16, 2019. The Kroll Defendants' reply brief is currently due on December 30, 2019.

Pursuant to an agreed extension for their reply brief, the MSU Defendants' reply brief is due January 9, 2020. Because the Kroll Defendants intend to serve a concurrence with the MSU Defendants' reply brief and in light of the holidays, the Kroll Defendants request an extension until January 9, 2020 in which to serve their reply brief and their concurrence with the MSU Defendants' reply brief. Counsel for Plaintiff and for the MSU Defendants consent to the requested extension.

Dated:   December 26, 2019                    Respectfully submitted,

                WINSTON & STRAWN LLP

By: /s/ *Reid F. Smith*
    Stephen V. D'Amore
    Scott M. Ahmad
    Angela A. Smedley
    Reid F. Smith
    *Attorneys for Defendants*
    KROLL ASSOCIATES, INC., MARK
    EHLERS, and KENDRA WALDSMITH

## CERTIFICATE OF SERVICE

I certify that on December 26, 2019, pursuant to Local Rule 5.7, I served the Kroll Party Defendants' Unopposed Motion for Extension of Time to File Their Reply Brief in Support of Their Motion to Dismiss by electronic mail on the following:

| | |
|---|---|
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Cindy Singh, Esq.<br>Nesenoff & Miltenberg LLP<br>363 Seventh Avenue, 5th Floor<br>New York, NY 10001<br>amiltenberg@nmllplaw.com<br>sbernstein@nmllplaw.com<br>csingh@nmllplaw.com<br>*Attorneys for Plaintiff* | Michael E. Baughman, Esq.<br>Christopher R. Healy<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>(215) 981-4000<br>baughman@pepperlaw.com<br>*Attorney for Michigan State University Defendants* |
| Brian E. Koncius, Esq.<br>Bogas & Koncius P.C.<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>bkoncius@kbogaslaw.com<br>*Attorney for Plaintiff* | |

By: /s/ *Reid F. Smith*
Stephen V. D'Amore
Scott M. Ahmad
Reid F. Smith
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel.: (312) 558-5600
Email: sdamore@winston.com
Email: sahmad@winston.com
Email: rfsmith@winston.com

Angela A. Smedley
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
Email: asmedley@winston.com

*Attorneys for Defendants*
KROLL ASSOCIATES, INC., MARK EHLERS, and KENDRA WALDSMITH