UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

       Plaintiff,                                Case No. 1:18–cv–1413

v.                                            Hon. Janet T. Neff

MICHIGAN STATE UNIVERSITY, et al.,

       Defendants.
_____/

## **ORDER**

       The Court having resolved Defendants' motions to dismiss, and consistent with the September 10, 2019 order (ECF No. 52): IT IS HEREBY ORDERED that Defendants Michigan State University and Michigan State University Board of Trustees shall, not later than 14 days after the September 1, 2020 Opinion and Order (ECF No. 77), file their Answer(s) to Plaintiff's Amended Complaint (ECF No. 41).

       IT IS SO ORDERED.


Dated:   September 2, 2020                           /s/ Janet T. Neff
                                                                JANET T. NEFF
                                                                 United States District Judge