UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

      Plaintiff,

                                           Case No. 1:18-cv-1413

v.

                                           HON. JANET T. NEFF

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.

_____/

## **ORDER**

      This matter is before the Court on the Notices of Filing Withdrawal of Counsel (ECF Nos. 78 & 79), purportedly seeking to permit Sommers Schwartz, P.C. to withdraw as counsel of record for Plaintiff.  According to the Notices, Bogas & Koncius, P.C. and Nesenoff & Miltenberg, LLP will continue to represent Plaintiff.  The Court having reviewed the filing:

      **IT IS HEREBY ORDERED** that Sommers Schwartz, P.C. is withdrawn as counsel of record for Plaintiff.


Dated:  September 4, 2020                      _/s/ Janet T. Neff_____
                                           JANET T. NEFF
                                           United States District Judge