UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,                              Case No. 1:18–cv–1413

v.                                          Hon. Janet T. Neff

MICHIGAN STATE UNIVERSITY, et al.,

        Defendants.
_____/

## ORDER

For reasons communicated to counsel on February 5, 2021, the parties' proposed protective order (ECF No. 90) is denied without prejudice.

IT IS SO ORDERED.

Dated:  February 5, 2021                         /s/ Sally J. Berens
                                                          SALLY J. BERENS
                                                          U.S. Magistrate Judge