IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:18-cv-1413 |
| v. : | |
| : | Hon. Janet T. Neff |
| MICHIGAN STATE UNIVERSITY, : | |
| MICHIGAN STATE UNIVERSITY BOARD : | |
| OF TRUSTEES; JOHN ENGLER, individually and : | |
| as agent for Michigan State University, KROLL : | |
| ASSOCIATES, INC., as agent for Michigan State : | |
| University, MARK EHLERS, individually and as : | |
| agent for Michigan State University, KENDRA : | |
| WALDSMITH, individually and as agent for : | |
| Michigan State University, ANDE DUROJAIYE, : | |
| individually and as agent for Michigan State : | |
| University, RICK SHAFER, individually and as : | |
| agent for Michigan State University, and DENISE : | |
| MAYBANK, individually and as agent for : | |
| Michigan State University, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this 16th day of February, 2021, upon consideration of the Parties' Joint Motion to Modify the Current Scheduling Order (ECF No. 94), and for good cause shown, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. The deadlines set forth in the Court's October 14, 2020 Case Management Order are modified as follows:

1. All fact discovery shall be concluded by August 13, 2021

2. If necessary, Plaintiff shall amend his previously served expert identification by August 13, 2021.

3. Defendants shall disclose any experts they intend to call by August 27, 2021.

4. Plaintiff shall produce expert reports by September 17, 2021.

5. Defendants shall produce expert reports by October 27, 2021.

6. All rebuttal reports shall be produced by November 15, 2021.

7. All expert depositions shall be held by November 22, 2021.

8. Any Pre-Motion Conference shall be requested by November 29, 2021.

                                            BY THE COURT:


                                             /s/ Janet T. Neff
                                            JANET T. NEFF
                                            United States District Judge