## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br><br>                             Plaintiff,<br><br>     v.<br><br>MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES; JOHN ENGLER, individually and as agent for Michigan State University, KROLL ASSOCIATES, INC., as agent for Michigan State University, MARK EHLERS, individually and as agent for Michigan State University, KENDRA WALDSMITH, individually and as agent for Michigan State University, ANDE DUROJAIYE, individually and as agent for Michigan State University, RICK SHAFER, individually and as agent for Michigan State University, and DENISE MAYBANK, individually and as agent for Michigan State University,<br><br>                             Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:18-cv-1413<br><br> Hon. Janet T. Neff |

## STIPULATION AND ORDER TO DISMISS

NOW COME the above-named parties[1], by and through their respective attorneys and do hereby stipulate and agree that this matter be dismissed with prejudice as to all parties and without costs or attorney fees to any party.

---

[1] Kroll Associates, Inc., Mark Ehlers, and Kendra Waldsmith were previously dismissed as defendants by this Honorable Court.

By:  /s/ *Stuart Bernstein*

NESENOFF & MILTENBERG, LLP
Stuart Bernstein, Esq.
363 7th Avenue, 5th Fl.
New York, New York 10001
(212) 736-4500
sbernstein@nmllplaw.com

*Attorney for Plaintiff John Doe*

By:  /s/ *Michael Baughman*

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Michael E. Baughman, Esq.
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
baughmam@troutman.com

*Attorneys for Defendants Michigan State
University, Michigan State University Board of
Trustees, John Engler, Ande Durojaiye, Rick
Shafer and Denise Maybank*

/s/ *Brian E. Koncius*
Brian E. Koncius, Esq.
BOGAS & KONCIUS P.C.
31700 Telegraph Road, Suite 160
Bingham Farms, MI 48025
248-502-5000
bkoncius@kbogaslaw.com

*Attorney for Plaintiff John Doe*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE,<br><br>                      Plaintiff,<br><br>   v.<br><br>MICHIGAN STATE UNIVERSITY,<br>MICHIGAN STATE UNIVERSITY<br>BOARD OF TRUSTEES; JOHN<br>ENGLER, individually and as agent for<br>Michigan State University, KROLL<br>ASSOCIATES, INC., as agent for<br>Michigan State University, MARK<br>EHLERS, individually and as agent for<br>Michigan State University, KENDRA<br>WALDSMITH, individually and as agent<br>for Michigan State University, ANDE<br>DUROJAIYE, individually and as agent<br>for Michigan State University, RICK<br>SHAFER, individually and as agent for<br>Michigan State University, and DENISE<br>MAYBANK, individually and as agent<br>for Michigan State University,<br><br>                 Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:18-cv-1413<br><br> Hon. Janet T. Neff |

## <u>ORDER TO DISMISS</u>

PRESENT: HON. JANET T. NEFF
United States District Court Judge

       The parties, having stipulated to the above dismissal of claims and the Court otherwise being fully advised in the premises;

       IT IS HEREBY ORDERED that the foregoing matter is dismissed with prejudice and without costs or attorney fees to either party.

Date: _____

                                   _____
                                   HON. JANET T. NEFF